# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>Jay SMITH,<br><br>                              Defendant. | Case No.:  22-MJ-8404-WVG<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about June 13, 2022, within the Southern District of California, defendant, Jay SMITH, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

## COUNT 2

On or about June 13, 2022, within the Southern District of California, defendant, Jay SMITH, did knowingly and intentionally import a mixture and substance containing N-phenyl-N-[1-(2-phenylethly)-4-piperidiny] propanamide (Fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the Statement of Facts, which is incorporated herein by reference.

Special Agent David Madero
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 14th day of June of 2022.

_William V. Gallo_
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

     v.

Jay SMITH

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent David Madero.

On June 13, 2022, at approximately 1:00 a.m., Customs and Border Protection Officer (CBPO) G. Robles was assigned to primary inspection at vehicle lane number 2 of the Calexico, California West Port of Entry. Jay SMITH (SMITH) was the driver and sole occupant of a Dodge Journey when he presented for inspection at vehicle lane 2. CBPO Robles asked SMITH if he had anything to declare and received a negative customs declaration. CBPO Robles referred SMITH to the secondary inspection area.

At secondary inspection, SMITH was instructed to drive his vehicle through the Z-Portal X-ray machine. CBPO J. Lee, who was operating the z-portal, noticed anomalies in the front and rear doors of the vehicle. SMITH was instructed to park his vehicle in a designated parking spot of the vehicle secondary lot. CBPO A. Sanchez, who is a certified canine handler, utilized his service canine to conduct a canine search of the vehicle and noticed his canine alerted to the front passenger door of the vehicle. CBPO K. Mendoza approached SMITH to ask him if he had anything to declare and received a negative declaration.

3

During secondary inspection, CBPO Mendoza and CBPO Sanchez searched the vehicle and subsequently discovered multiple packages containing a white crystalline substance and one additional package containing blue pills. CBPOs utilized a field test kit to test the white crystalline substance and the substance field tested positive for methamphetamine. CBPOs utilized a field test kit to test the blue pills and the blue pills tested positive for fentanyl. The total weight for the packages containing methamphetamine was determined to be approximately 13.54 kilograms (29.78 pounds). The total weight for the package containing fentanyl was determined to be 1.2 kilograms (2.64 pounds).

SMITH was advised of his Miranda Rights which he acknowledged and agreed to speak with Agents without an attorney present.  SMITH admitted to knowingly transporting narcotics into the United States.  SMITH stated he was going to be paid approximately $10,000.

SMITH was placed under arrest and charged with violation of Title 21, United States Code sections 952 and 960, for Importation of a Controlled Substance, and was booked into the GEO-El Centro Detention Facility to await initial appearance.